**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Tinika Se'Cal Warren,

                Plaintiff,

vs.

Frank J. Bisignano,

                Defendant.

Case No. 2:25-cv-02228-MDC

**ORDER DENYING PLAINTIFF'S MOTION (ECF NO. 15)**

The Court **DENIES** plaintiff's Motion (ECF No. 15). Plaintiff seems to claim that the law firm or law firms she was communicating with to represent her in this case has not submitted promised paperwork to this Court. *ECF No. 15*. However, plaintiff provides no proof that the law firm has signed or agreed to any binding agreement to represent her in this case. The retainer agreements that plaintiff provide lacks signatures by anyone who represents any law firm. *Id.* at 49-54. If plaintiff has not already done so, she should attempt to follow up with those law firms regarding their representation of her and not refile this Motion. Furthermore, plaintiff has not properly proceeded *in forma pauperis* ("IFP") or paid the filing fee in this case and the deadline to do so has passed. Given plaintiff's circumstances, the Court will give her one more chance to properly proceed IFP or pay the filing fee in this case. Plaintiff must either (1) file a new IFP application, curing the deficiencies of her prior application noted in the Court's 12/16/2025 Order (ECF No. 11), or (2) pay the full $405 filing fee by **February 13, 2026**. Failure to do so will result in this case being dismissed.

//

//

//

//

1

ACCORDINGLY,

**IT IS ORDERED that:**

1.      Plaintiff's Motion (ECF No. 15) is **DENIED**.

2.      Plaintiff must either (1) file a new IFP application, curing the deficiencies of her prior application noted in the Court's 12/16/2025 Order (ECF No. 11), or (2) pay the full $405 filing fee by **February 13, 2026**. Failure to do so will result in this case being dismissed.

IT IS SO ORDERED.

DATED: January 29, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

2