# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tinika S.W.,

                Plaintiff,

vs.

Frank J. Bisignano,

                Defendant.

Case No. 2:25-cv-02228-MDC

**ORDER**

The Court previously ordered plaintiff to pay the $405 filing fee in this case by June 8, 2026. *ECF No. 21*. However, the Court has received notice that several filings in this case were not deliverable at the address currently provided by plaintiff on the docket. *See ECF Nos. 14, 17, 20, 22*.

Accordingly,

**IT IS SO ORDERED** that plaintiff must provide a notice of change of address no later than **June 25, 2026**. Failure to do so may result in the Court dismissing the case. *See* LR IA 3-1 (An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. Failure to comply with this rule may result in the dismissal of the action....).

**IT IS FURTHER ORDERED** that:

If plaintiff timely provides the notice of change of address, she must then pay the full $405 filing fee by **July 9, 2026**; and

The Clerk of Court is directed to serve this Order to plaintiff's physical address at 610 Belrose Street, Las Vegas, NV 89107 and email at Tinikawarren60@gmail.com listed in the docket.

DATED: June 12, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**